IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

Duratech Industries International, Inc.,    )
                                            )
                          Plaintiff,        )
                                            )          Case No. 3:05-cv-90
              -vs-                          )
                                            )          **ORDER OF DISMISSAL**
Bridgeview Manufacturing Inc.,              )
                                            )
                          Defendant.        )


Before the Court is a Stipulation for Entry of Judgment of Non-Infringement (Doc.

#184). The Court **ADOPTS** the stipulation in its entirety and **ORDERS** as follows:

(1)    Summary judgment of non-infringement of U.S. Patent No. 6,375,104 B1 with regard to Duratech Industries International, Inc.'s products, which were sold as the Balebuster 2650 and Balebuster 2800, is granted pursuant to the Court's Memorandum Opinion and Order dated June 10, 2009.

(2)    All claims of Bridgeview Manufacturing Inc. seeking judgment of infringement of U.S. Patent 6,375,104 B1 are hereby dismissed with prejudice pursuant to Paragraph 1.

(3)    All other claims by either party relating to U.S. Patent 6,375,104 B1 are dismissed without prejudice.

(4)    Each party is to bear its own costs.

**IT IS SO ORDERED.  LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated this 23rd day of October, 2009.

                              /s/ Ralph R. Erickson
                              Ralph R. Erickson, District Judge
                              United States District Court